UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

DENISE PAYNE, individually,

    Plaintiff,

Case No.: 9:15-cv-80043-BB

v.

KEY WEST FISH & CHICKEN INC. d/b/a
KEY WEST FISH & CHICKEN, a Florida
corporation; and, MARS DEVELOPMENT, LTD.,
a Florida limited partnership,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, DENISE PAYNE, individually, with the consent of Defendant, KEY WEST FISH & CHICKEN INC. d/b/a KEY WEST FISH & CHICKEN, a Florida corporation, hereby notifies the Court that Plaintiff and Defendant have reached settlement of all issues pertaining to Plaintiff's case against Defendants. Plaintiff is presently preparing a formal settlement agreement for signature by the parties, and Plaintiff will finalize the settlement agreement and submit a notice of voluntary dismissal with prejudice of this action within ten (10) days of the date hereof.

Respectfully submitted this 16th day of March, 2015.

        ESPINOSA | JOMARRON
        *Counsel For The Disabled*
        4300 Biscayne Blvd., Ste. 305
        Miami, FL 33137
        Phone: (305) 717-7530
        Facsimile: (305) 717-7539
        Primary e-mail: eservice@ejtrial.com
        Secondary e-mail: tallison@ejtrial.com
        Secondary e-mail: despinosa@ejtrial.com

        By: */s/ Thomas C. Allison*
            Thomas Allison, Esq.

*Payne v. Key West Fish & Chicken Inc., etc., et al.*
Case No.: 9:15-cv-80043-BB

Florida Bar No. 35242
Daniel A. Espinosa, Esq.
Florida Bar No. 81686

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served upon Defendant's representative (*see* Service List, below) by e-mail, and that Plaintiff has electronically filed same with the Clerk of Court using the Electronic Case Filing System, on this 16th day of March, 2015.

By: */s/ Thomas Allison*
Thomas Allison, Esq.
Florida Bar No. 35242

**Service List**

Mr. Shade Nakhleh
Key West Fish & Chicken Inc.
E-mail: shadenakhleh1993@yahoo.com